IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

FILED
IN OPEN COURT

FEB 2 4 2025

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 4:25-cr-7 |
| ) | |
| NOE MEDRANO NUNEZ, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO REVIEW RELEASE ORDER
### AND MOTION TO STAY RELEASE ORDER PENDING REVIEW

The United States, by and through undersigned counsel, hereby moves under Title 18, United States Code, Section 3145(a)(1) for *de novo* review and revocation the Release Order of the Honorable United States Magistrate Court, and further moves this Honorable Court to stay its Release Order pending *de novo* review by the District Court. *United States v. Clark*, 865 F.2d 1433, 1436 (4th Cir. 1989) (en banc).

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____/s/_____
Devon E.A. Heath
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Office Number: 757-591-4000
Facsimile Number: 757-591-0866

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of February 2025, in Magistrate Court, I hand-delivered a true and correct copy of the foregoing to counsel for the defendant

                                                    /s/
                                      Devon E.A. Heath
                                      Assistant United States Attorney
                                      Attorney for the United States
                                      United States Attorney's Office
                                      One City Center
                                      11815 Fountain Way, Suite 200
                                      Newport News, Virginia 23606
                                      Office Number: 757-591-4000
                                      Facsimile Number: 757-591-0866