## AFFIDAVIT

NOW COMES, Raul Flores and states as follows:

1. I willfully agree to act as the third-party custodian for Mr. Noe Madrano-Nunez and will ensure that he adheres to all pretrial conditions of release that the Judge may order until the conclusion of his case in the United States District Court, Eastern District of Virginia, Newport News Division (No. 4:25cr07).

2. If released on bond, Mr. Medrano-Nunez will be residing at my home address:
   a. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3. I have known Mr. Medrano-Nunez for over 8 years and can attest to his character and trustworthiness.

4. I have full confidence that he will adhere to all release conditions and appear for all court appearances.

I, Raul Flores, swear that this information is true and correct to the best of my knowledge and belief.

Raul Flores
▇▇▇▇▇▇▇▇▇▇▇▇e
Yorktown, VA 23692
(757) 576-7320
raul@bayrivercontracting.com