IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.  Criminal No. 4:25-cr-07

NOE MEDRANO NUNEZ,

Defendant.

### ORDER

Before the Court is Defendant Noe Medrano Nunez's Motion for Reconsideration of Detention Order, pursuant to 18 U.S.C. §§ 3142(f)(2) and 3145(b). ECF No. 27 ("Def.'s Mot."). The Court, having reviewed Defendant's Motion and new evidence supporting the likelihood that Defendant would not flee, finds that Defendant is no longer a flight risk based on the additional evidence presented. Thus, Defendant's Motion is **GRANTED**.

Accordingly, the revocation of bond is **VACATED**, and the United States Marshals Service shall immediately release Defendant from custody to attend his court hearing tomorrow at 8:30 A.M. Defendant is hereby released on a personal recognizance bond. Defendant shall be restored to the conditions of release previously imposed by Magistrate Judge Douglas Miller, which includes electronic monitoring and a curfew, requiring that Defendant reside at his residence, 446 Smiley Road., Hampton, Virginia, at all times between 8:00 P.M. and 6:00 A.M. to assure his appearance. *See* ECF No. 21 at 19–20.

The Court **DIRECTS** the Clerk to send a copy of this Order to Counsel for Defendant, the United States Attorney, and the United States Marshals Service.

**IT IS SO ORDERED.**

Newport News, Virginia
April 3̸0̸, 2025

Raymond A. Jackson
United States District Judge